**Order entered March 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01454-CV

### RYAN CHANDLER, Appellant

### V.

### WOODFOREST BANK, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-02368-C**

## ORDER

Both the clerk's record and the reporter's record in this case are overdue. By letter dated February 4, 2019, the Dallas County Clerk's office notified the Court that the clerk's record had been prepared, their records indicated appellant was indigent, and the clerk's record would be filed immediately. By postcard dated February 6, 2019, we notified Janet Wright, Official Court Reporter for County Court at Law No. 3, that the reporter's record was overdue and directed her to file the reporter's record within thirty days. To date, neither the clerk's record nor the reporter's record has been filed.

Accordingly, this Court **ORDERS** John Warren, Dallas County Clerk, to file, within **TEN DAYS** of the date of this order, either (1) the clerk's record or (2) written verification that appellant has not paid for or made arrangements to pay for the clerk's record and that appellant

has not been found entitled to proceed without payment of costs. *We notify appellant that if we receive verification he has not paid for or made arrangements to pay for the clerk's record and has not been found entitled to proceed without payment of costs, we will, without further notice, dismiss the appeal.* See TEX. R. APP. P. 37.3(b).

We also **ORDER** Janet Wright, Official Court Reporter for County Court at Law No. 3, to file, within **TWENTY DAYS** of the date of this order, either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not paid for or made arrangements to pay for the reporter's record and that appellant has not been found entitled to proceed without payment of costs. *We notify appellant that if we receive verification no hearings were recorded or that he has not paid for or made arrangements to pay for the reporter's record and has not been found entitled to proceed without payment of costs, we will order the appeal submitted without the reporter's record.* See TEX. R. APP. P. 37.3(c)

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

John Warren
Dallas County Clerk

Janet Wright
Official Court Reporter
County Court at Law No. 3

Sally Montgomery
Presiding Judge
County Court at Law No. 3

/s/      ROBERT D. BURNS, III
CHIEF JUSTICE